*Thursday, September 13, 2001*

## MOTION DOCKET

**01–871. State v. Ahmed.**
Belmont App. No. 99CR192. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Belmont County. Upon consideration of appellee's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the record is due twenty days from the date of this entry. No further extensions will be granted.

## RECONSIDERATION DOCKET

**00–1998. Davis v. State Farm Mut. Auto. Ins. Co.**
Franklin App. No. 99AP–194. Reported at (2001), 92 Ohio St.3d 212, 749 N.E.2d 291.

This cause is pending before the court upon appellant's motion for reconsideration. Upon appellant's motion to withdraw its motion for reconsideration,

IT IS ORDERED by the court that appellant's motion to withdraw its motion for reconsideration be, and hereby is, granted.